Submitted on record and briefs January 31, in case A126858, affirmed;
in case A126859, sentences vacated; remanded for resentencing;
otherwise affirmed March 14, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANDREA MARIE CRUM,
*Defendant-Appellant.*

Lincoln County Circuit Court
040496, 044414;
A126858 (Control), A126859

154 P3d 174

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief
Defender, Legal Services Division, and David C.
Degner, Deputy Public Defender, Office of Public Defense
Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams,
Solicitor General, and Doug M. Petrina, Assistant Attorney
General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and
Rosenblum, Judges.

PER CURIAM

In case A126858, affirmed. In case A126859, sentences
vacated; remanded for resentencing; otherwise affirmed.
*State v. Bray*, 197 Or App 12, 104 P3d 631 (2005), *rev
allowed*, 340 Or 672 (2006).